UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESTON EUGENE MARTIN-RICHARDSON,<br><br>                   Plaintiff,<br><br>   v.<br><br>KING COUNTY CORRECTIONAL FACILITY, et al.,<br><br>                   Defendant. | CASE NO. 2:22-cv-00025-RSM-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |

      Plaintiff, proceeding pro se in this 42 U.S.C. § 1983 civil rights action, moves for an extension of time to file a response to defendant's motion for summary judgment. Dkt. 42. Defendant's motion was noted for the Court's consideration on March 31, 2013. Dkt. 36. Plaintiff failed to file a timely response. He now seeks an extension of 45 days, stating that his legal property has been packed in anticipation of his transfer to Department of Corrections custody. Dkt. 42.

      The Court **GRANTS** plaintiff's motion **in part** and **ORDERS** as follows: (1) Plaintiff shall have until **April 24, 2023,** to file a response to the motion for summary judgment. (2) Defendant may file a reply no later than **April 28, 2023**. (3) The Clerk is directed to renote the

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME - 1

motion for summary judgment (Dkt. 36) for the Court's consideration on April 28, 2023, and to provide a copy of this order to Plaintiff.

DATED this 6th day of April, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge