UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESTON EUGENE MARTIN-RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY CORRECTIONAL FACILITY, et al.,<br><br>Defendant. | CASE NO. 2:22-cv-00025-RSM-BAT<br><br>**SECOND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |

Plaintiff, proceeding pro se in this 42 U.S.C. § 1983 civil rights action, moves for a second extension of time to file a response to defendant's motion for summary judgment. Dkt. 45. Plaintiff seeks an additional extension of 30 days, to allow him to access his legal materials and the law library following his transfer to Department of Corrections custody. *Id.*

The Court **GRANTS** plaintiff's motion **in part** and **ORDERS** as follows: (1) Plaintiff shall have until **May 15, 2023,** to file a response to the motion for summary judgment. (2) Defendant may file a reply no later than **May 19, 2023**. (3) The Clerk is directed to renote the

//

//

//

SECOND ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1

1  motion for summary judgment (Dkt. 36) for the Court's consideration on May 19, 2023, and to

2  provide a copy of this order to Plaintiff.

3      DATED this 28th day of April, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge