UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESTON EUGENE MARTIN-RICHARDSON,

        Plaintiff,

  v.

KING COUNTY CORRECTIONAL FACILITY, et al.,

        Defendant.

CASE NO. 2:22-cv-00025-RSM

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendant's motion for summary judgment (Dkt. 36) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. All pending Motions are TERMINATED as MOOT.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER - 1

DATED this 16th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2